164 So. 911

### J. W. SELF v. R. C. JOYNER.
### 6 Div. 756.

Supreme Court of Alabama.
Nov. 29, 1935.

PER CURIAM.

Appeal dismissed for want of prosecution.

164 So. 911

### Ex parte Charlie SHEPHERD.
### 7 Div. 361.

Supreme Court of Alabama.
Dec. 4, 1935.

Borden Burr and Horace C. Wilkinson, both of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., Thos. Seay Lawson and C. L. Rowe, Asst. Attys. Gen., and M. C. Sivley, Sol., of Gadsden, for respondents.

PER CURIAM.
Petition denied.

164 So. 912

### C. A. THOMPSON et al. v. W. D. STAPLETON.
### I Div. 888.

Supreme Court of Alabama.
Dec. 19, 1935.

J. B. Blackburn, of Bay Minette, for appellants.

Hybart & Chason, of Bay Minette, for appellee.

BROWN, Justice.

On principles stated in Dozier v. Farrior et al., 187 Ala. 181, 65 So. 364, and reaffirmed in Kelly v. Carmichael, 217 Ala. 534, 117 So. 67, the facts alleged in the bill make a case for equitable relief, and it was not subject to the grounds assigned in the demurrer.

Affirmed.

THOMAS, BOULDIN, and KNIGHT, JJ., concur.

164 So. 912

### J. W. THOMPSON v. WESTERN UNION TELEGRAPH CO.
### 6 Div. 874.

Supreme Court of Alabama
Dec. 4, 1935.

De Graffenried, Callahan & Skidmore, of Tuscaloosa, for appellant.

Harwood & McQueen, of Tuscaloosa, for appellee.

PER CURIAM.
Appeal dismissed by appellant.